# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MENDOZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 19-0106 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, as modified by the substitution of "28 U.S.C. § 2255" for the statutory citation on page 3, lines 19-20.

\\

\\

\\

**IT IS ORDERED** that Respondent's Motion to Dismiss is GRANTED. The Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 16, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE