# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MENDOZA,<br><br>            Petitioner,<br><br>  v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>            Respondent. | Case No. EDCV 19-0106 JLS (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 16, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE